*Formatted for Electronic Distribution*                                    *Not for Publication*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

_____

**In re:**

      **Gregory Ladieu,**                                    **Chapter 7 Case**
              **Debtor**                                    **# 07-10868**

_____

**Rentrak Corporation,**
          **Plaintiff,**                          Filed & Entered
     **v.**                                  On Docket
                      November 4, 2011          **Adversary Proceeding**
**Gregory Ladieu,**                                    **# 08-1010**
          **Defendant.**

_____

*Appearances*:  *W. Scott Fewell, Esq.*                *David W. Lynch, Esq.*
            *Burlington, VT 05402*                *Colchester, VT 05446*
            *Attorney for Plaintiff*                *Attorney for Defendant*

<u>**ORDER**</u>

For the reasons set forth in the memorandum of decision of even date, IT IS HEREBY ORDERED that:

(i)     the Rentrak debt is excepted from discharge pursuant to § 523(a)(6), and judgment is entered against Mr. Ladieu and in favor of Rentrak on Rentrak's § 523(a)(6) claim in the amount of $8,990.00;

(ii)    Mr. Ladieu's counterclaim for actual and punitive damages based on Rentrak's violation of the automatic stay is denied; and

(iii)   the parties shall appear at a status conference regarding the remaining claims on December 1, 2011, at 11:30 a.m., at the United States Bankruptcy Court, at the U.S. Federal Courthouse in Burlington, Vermont, unless they file a stipulation prior to that date dismissing the remaining causes of action.

SO ORDERED.

November 4, 2011                                    Colleen A. Brown
Burlington, Vermont                                    United States Bankruptcy Judge