UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

Filed & Entered
On Docket
April 25, 2012

_____

**In re:**
    Gregory Ladieu,
          Debtor.

Chapter 7 Case
# 07-10868

_____

**Rentrak Corporation,**
         **Plaintiff,**
   v.

Adversary Proceeding
# 08-1010

**Gregory Ladieu,**
         **Defendant.**

_____

*Appearances*:  W. Scott Fewell, Esq.                David W. Lynch, Esq.
                    Burlington, VT 05402                Colchester, VT 05446
                    Attorney for Plaintiff                 Attorney for Defendant

### ORDER
### AWARDING ATTORNEY'S FEES TO THE PREVAILING PARTY ON EACH CLAIM

For the reasons set forth in the memorandum of decision of even date, IT IS HEREBY ORDERED that the Defendant, Gregory Ladieu, must pay to the Plaintiff, through its counsel, W. Scott Fewell, Esq., the sum of $50,553.80, representing reasonable attorney's fees and expenses the Plaintiff incurred in litigating the liability claim on which the Plaintiff was the prevailing party; and that this debt is not dischargeable in bankruptcy.

IT IS FURTHER ORDERED that the Plaintiff, Rentrak Corporation, must pay to the Defendant, though his counsel, David W. Lynch, Esq., the sum of $7,931.40, representing reasonable attorney's fees the Defendant incurred in litigating the damages claim on which the Defendant was the prevailing party.

SO ORDERED.

April 25, 2012
Burlington, Vermont

Colleen A. Brown
United States Bankruptcy Judge